UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-80407-CIV-SCOLA/OTAZO-REYES

HARVEY SILVERMAN and
SILVERMAN PARTNERS, L.P.,

    Plaintiffs,

v.

ARTHUR FALCONE, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants Arthur Falcone, Falcone Group, LLC, Falcon Commercial Development LLC, Falcon Park West, LLC, Falcon Park West II, LLC, Miami Worldcenter Holdings, LLC, MR 44 MGR, LLC, PWV Group 1 Holdings, LLC, Park West Ventures, LLC, and PWV Member, LLC's (collectively, "Falcone Defendants") Motion for Protective Order and to Quash Plaintiffs' Subpoena of Third Party Buyer (hereafter, "Falcone Defendants' Motion") [D.E. 133]; Non-Party Forbes Miami LLC's ("Forbes") Motion for Protective Order (hereafter, "Non-Party Forbes' Motion") [D.E. 134]; and Plaintiffs Harvey Silverman and Silverman Partners, L.P.'s ("Plaintiffs") Response in Opposition to Defendants' Motion to Quash and Non-party Forbes' Motion for Protective Order or, Alternatively, Motion to Reconsider Order (hereafter, "Plaintiffs' Motion to Reconsider") [D.E. 138]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 6, 47]. The undersigned held a hearing on these matters on May 5, 2015.

The Falcone Defendants' Motion and Non-Party Forbes' Motion are directed at a subpoena duces tecum issued by Plaintiffs to Forbes seeking testimony as to any and all business dealings related to the Miami Worldcenter between Forbes and the Falcone Defendants and related entities, and contracts and other agreements, communications, and internal documents relating to the acquisition of real estate located in the Miami Worldcenter Project. The subpoena is in contravention of the undersigned's April 2, 2015 Discovery Order, which only required the Falcone Defendants to produce the closing documents for each Miami Worldcenter parcel sale as the sale occurred. See Order [D.E. 119]. Therefore, as announced at the May 5th hearing, it is

ORDERED AND ADJUDGED that the Falcone Defendants' Motion [D.E. 133] and Non-Party Forbes' Motion [D.E. 134] are GRANTED. It is further

ORDERED AND ADJUDGED that Plaintiffs' Motion to Reconsider the April 2, 2015 Order [D.E. 138] is DENIED. The undersigned notes that Plaintiffs have lodged an appeal of that Order with the presiding District Judge. See Plaintiffs' Objection to the Court's April 2, 2015 Order or, Alternatively, Motion to Stay [D.E. 132].

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of May, 2015.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Robert N. Scola, Jr.
      Counsel of Record

2