UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 14-CV-80407-SCOLA/OTAZO-REYES

HARVEY SILVERMAN and SILVERMAN
PARTNERS, L.P.,

    Plaintiffs,

vs.

ARTHUR FALCONE, et al.,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL

Plaintiffs, Harvey Silverman and Silverman Partners, L.P., and Defendants, Arthur Falcone, the affiliated Falcone entities[1], Miami A/I, LLC, Miami First, LLC, Miami Second, LLC, Miami Third, LLC and Centurion Partners PW Investors, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), stipulate to dismissal of this action with prejudice, with each of the parties to bear its own costs and attorneys' fees and jointly request the Court to enter the attached Agreed Order of Dismissal with Prejudice.

---

[1] Falcone Group, LLC, Falcon Commercial Development, LLC, Falcon Park West, LLC, Falcon Park West II, LLC, Miami Worldcenter Holdings LLC, MR 44 MGR LLC, PWV Group 1 Holdings LLC, Park West Ventures, LLC and PWV Member, LLC.

Respectfully submitted,

Dated June 17, 2015

| | |
|---|---|
| Black, Srebnick, Kornspan & Stumpf, P.A.<br>201 South Biscayne Blvd., Suite 1300<br>Miami, Florida  33131<br>Phone: (305) 371-6421 | Stearns Weaver Miller Weissler Alhadeff &<br> Sitterson, P.A.<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Phone: (305) 789-3233 |
| By:   /s/ *Jared Lopez*<br>Howard Srebnick<br>Florida Bar No. 919063<br>hsrebnick@royblack.com<br>Jared Lopez<br>Florida Bar No. 103616<br>jlopez@royblack.com<br><br>*Attorneys for Harvey Silverman<br>and Silverman Partners, L.P.* | By:    */s/ Eugene E. Stearns*<br>Eugene E. Stearns<br>Florida Bar No. 149335<br>estearns@stearnsweaver.com<br>Mark P. Dikeman<br>Florida Bar No. 623547<br>mdikeman@stearnsweaver.com<br><br>*Attorneys for Arthur Falcone and<br>affliated Falcone entities* |
| Buchanan Ingersoll & Rooney, P.C.<br>Miami Tower<br>100 S.E. Second Street, Suite 3500<br>Miami, Florida  33131<br>Phone: (305) 347-4080 | Solowsky & Allen, P.L.<br>915 Miami Center<br>201 S. Biscayne Blvd.<br>Miami, Florida  33131<br>Phone: (305) 371-2223 |
| By:    /s/ *Richard A. Morgan*<br>Richard A. Morgan<br>Florida Bar No. 936869<br>richard.morgan@bipc.com<br>Jennifer Olmedo-Rodriguez<br>Florida Bar No. 605158<br>jennifer.olmedo-rodriguez@bipc.com<br><br>*Attorneys for Miami Defendants* | By:    /s/ *Jay H. Solowsky*<br>Jay H. Solowsky<br>Florida Bar No. 285358<br>jsolowsky@salawmiami.com<br>adacy@salawmiami.com<br><br>*Attorneys for Centurion Partners PW<br> Investors, LLC* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Mark P. Dikeman
Mark P. Dikeman

## SERVICE LIST

*Harvey Silverman and Silverman Partners, L.P.*
*Case No. 14-CV-80407-SCOLA/OTAZO-REYES*
*USDC, Southern District of Florida, Palm Beach Division*

| | |
|---|---|
| Howard M. Srebnick, Esq.<br>Florida Bar No. 919063<br>Jared M. Lopez, Esq.<br>Florida Bar No. 103616<br>**Black Srebnick Kornspan & Stumpf**<br>201 S. Biscayne Blvd., Suite 1300<br>Miami, FL 33131<br>Tel:  305-371-6421<br>Fax:  305-358-2006<br>HSrebnick@royblack.com<br>hreiner@royblack.com<br>pleading@royblack.com<br>jlopez@royblack.com<br>civilpleadings@royblack.com,<br>dmorrison@royblack.com<br>mlai@royblack.com<br><br>*Counsel for Plaintiffs* | Richard A. Morgan, Esq.<br>Matthew J. Feeley, Esq.<br>Jennifer Olmedo-Rodriguez, Esq.<br>**Buchanan Ingersoll & Rooney PC**<br>100 SE 2nd Street, 34th Floor<br>Miami, Florida 33131<br>richard.morgan@bipc.com<br>matthew.feeley@bipc.com<br>jennifer.olmedo-rodriguez@bipc.com<br>amin.rajani@bipc.com<br>bassam.ibrahim@bipc.com<br>bryce.maynard@bipc.com,<br>christopher.hudson@bipc.com,<br>florence.goodman@bipc.com<br>rosa.lopes@bipc.com<br><br>*Attorneys for Defendants Miami A/I LLC, Miami First, LLC, and Miami Second, LLC* |
| Genevieve M. Trigg, Esq.<br>Leslie M. Apple, Esq.<br>**Whiteman Osterman & Hanna LLP**<br>One Commerce Plaza<br>Albany, NY 12260<br>Tel:  (518) 487-7600<br>Email:  gtrigg@woh.com<br>Email:  lapple@woh.com<br><br>*Co-Counsel for Plaintiffs* | Jay H. Solowsky, Esq.<br>Florida Bar No. 285358<br>**Solowsky & Allen, P.L.**<br>915 Miami Center<br>201 S. Biscayne Blvd.<br>Miami, FL 33131<br>Tel:  305-371-2223<br>Fax: 305-373-2073<br>jsolowsky@salawmiami.com<br>adacy@salawmiami.com<br><br>*Counsel for Defendant, CENTURION PARTNERS PW INVESTORS, LLC* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 14-CV-80407-SCOLA/OTAZO-REYES

HARVEY SILVERMAN and SILVERMAN
PARTNERS, L.P.,

    Plaintiffs,

vs.

ARTHUR FALCONE, et al.,

    Defendants.
_____/

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on before the Court upon the stipulation of the parties, and the Court, having been informed that the parties are in agreement as to entry of this order and having been otherwise duly advised in the premises, it is, hereby

**ORDERED AND ADJUDGED THAT:**

This action is hereby dismissed with prejudice, with each party bearing its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this \_\_\_ day of June, 2015.

                                                      _____
                                                    DISTRICT COURT JUDGE

Copies furnished to:
All counsel of record